```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 06915
   ISHMAEL O NWANGWA
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER


        Debtor
   SSN XXX-XX-8149


-----------------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
    The case was filed on 04/17/2007 and was not confirmed.

    The case was dismissed without confirmation 09/19/2007.
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
-----------------------------------------------------------------------------
LIGHTHOUSE FINANCIAL GRO  SECURED NOT I  NOT FILED           .00           .00
LIGHTHOUSE FINANCIAL GRO  SECURED NOT I  NOT FILED           .00           .00
LIGHTHOUSE FINANCIAL GRO  SECURED VEHIC   11000.00           .00           .00
ILLINOIS TOLLWAY          SECURED NOT I  NOT FILED           .00           .00
ILLINOIS TOLLWAY          SECURED NOT I  NOT FILED           .00           .00
ILLINOIS TOLLWAY          SECURED          10060.00          .00        840.00
ROUNDUP FUNDING LLC       UNSECURED          296.53          .00           .00
PRO SE DEBTOR             DEBTOR ATTY           .00                        .00
TOM VAUGHN                TRUSTEE                                        60.00
DEBTOR REFUND             REFUND                                        300.00

       Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                     RECEIPTS                  DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                  1,200.00

PRIORITY                                             .00
SECURED                                           840.00
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                               60.00
DEBTOR REFUND                                     300.00
                         ---------------      ---------------
TOTALS                    1,200.00              1,200.00
```

          PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 07 B 06915 ISHMAEL O NWANGWA

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/27/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE